STATE OF CONNECTICUT *v.* AFSCME, COUNCIL 4,
LOCAL 391

The defendant's petition for certification for appeal
from the Appellate Court, 125 Conn. App. 408 (AC
30857), is granted, limited to the following issue:

"Did the Appellate Court properly conclude that the
arbitration award was correctly vacated on the ground
that it violated the public policy against workplace sex-
ual harassment?"

The Supreme Court docket number is SC 18749.

*J. William Gagne, Jr.*, in support of the petition.

*Thomas P. Clifford III*, assistant attorney general, in opposition.

Decided February 17, 2011